UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CUNEY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERCIA,<br><br>    Defendant. | Case No. 22-cv-07443-KAW (PR)<br><br>**ORDER TO SHOW CAUSE ON MOTION FOR RETURN OF PROPERTY**<br><br>Re: Dkt. No. 1, 5, 8 |

    Plaintiff Jonathan Cuney, a federal prisoner incarcerated at the Federal Prison Camp in Lewisburg, Pennsylvania, has filed a *pro se* motion for return of property under Federal Rule of Criminal Procedure 41(g). Dkt. No. 1. Cuney is granted leave to proceed in forma pauperis in a separate order.

    Upon review of Cuney's motion, it does not appear that it is clearly without merit. Accordingly, the Court hereby issues the following orders:

    1.    The clerk shall serve electronically: (1) a copy of this order and (2) a notice of assignment of prisoner case to a United States magistrate judge and accompanying magistrate judge jurisdiction consent or declination to consent form (requesting that defendant consent or decline to consent within 28 days of receipt of service) upon, the United States and the United States' attorney, the United States Attorney for the Northern District of California, at the following email addresses: (1) usacan.ecf@usdoj.gov; (2) Michelle.Lo@usdoj.gov; and (3) kathy.terry@usdoj.gov. The motion is available via the Electronic Case Filing System for the Northern District of California. The Clerk also shall serve a copy of this order on Cuney.

    2.    Within forty-five (45) days from the date of this Order, the United States shall file a response to Cuney's motion. Cuney may file a reply in support of his motion within twenty-one

(21) days of being served with the United States' response.

It is Cuney's responsibility to prosecute this case. Cuney must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address." He also must comply with the Court's orders in a timely fashion. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than three days prior to the deadline sought to be extended.

**IT IS SO ORDERED.**

Dated: February 17, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge